Ambrose Slichter, a minor, by his father and next friend, Samuel Slichter, *v.* Victoria R. Heft, Appellant, and Jacob D. Heft.

Argued Nov. 20, 1896. Appeal, No. 153, Nov. T., 1896, by Victoria R. Heft, defendant, from judgment of C. P. Chester Co., Jan. T., 1896, No. 37, on verdict for plaintiff. Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ. Reversed.

OPINION BY SMITH, J., February 16, 1897:

This case is ruled by the principles laid down in the case of Levi Hess against the same defendants, and therefore must be disposed of in like manner.

The judgment against Victoria R. Heft is reversed.